IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
KWABENA MAWULAWDE, M.D.,           *
                                   *
        Plaintiff,                 *
                                   *
v.                                 *    CV 105-099
                                   *
BOARD OF REGENTS OF THE            *
UNIVERSITY SYSTEM OF GEORGIA;      *
MCG HEALTH, INC. d/b/a MCG         *
HEALTHCARE; DANIEL W. RAHN,        *
M.D., Individually and in his      *
Official Capacity as               *
President, Medical College of      *
Georgia; DAVID STERN,              *
Individually and in his            *
Official Capacity as Dean,         *
School of Medicine, Medical        *
College of Georgia; DON SNELL,     *
Individually and in his            *
Official Capacity as President     *
and CEO, MCG Health, Inc.,         *
                                   *
        Defendants.                *
```

O R D E R

The captioned matter is before the Court on Plaintiff's motion for an indefinite extension of the discovery period. (Doc. no. 172.) This case was originally filed in the Superior Court of Fulton County, Georgia, on September 2, 2004; it was subsequently removed to the United States District Court for the Northern District of Georgia and then transferred to this Court. Under the Court's original scheduling order, all discovery in this case was to have been concluded by December 23, 2005--more than a year ago. (See

Scheduling Order of Aug. 19, 2005.) Discovery in this case has been both contentious and protracted; following several discovery disputes, three separate extensions of the discovery period, and an eight-month stay of discovery, the discovery deadline was finally reset for March 9, 2007. (See Order of Feb. 28, 2007.)

Discovery deadlines should be not modified "except upon a showing of good cause." Fed. R. Civ. P. 16(b). Like any order of the Court, scheduling orders are to be obeyed, not ignored. Kleiner v. First Nat. Bank of Atlanta, 751 F.2d 1193, 1208 (11th Cir. 1985) ("As a fundamental proposition, orders of the court 'must be obeyed.'"). No good cause having been shown to extend the discovery deadline yet again, Plaintiff's motion is **HEREBY DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 30 day of March, 2007.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE